**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Lopez Carrasco,         )<br>                                              )<br>         Plaintiff,                      )<br>                                              )<br>    v.                                      )<br>                                              )<br>Joseph Arpaio, et al.,              )<br>                                              )<br>         Defendants.                 ) | CV-07-185-PHX-SMM (LOA)<br><br>**O R D E R** |

It appearing to the Court that Defendant Sheriff Joseph Arpaio's Motion to Dismiss is now ready for consideration,

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced Motion, (docket #9). However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 2nd day of August, 2007.

Stephen M. McNamee
United States District Judge